```
                         United States Bankruptcy Court
                            District of South Dakota
In re:                                                       Case No. 11-50125
Lance Carlton Toohey                                         Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0869-5        User: dbohm              Page 1 of 2          Date Rcvd: Mar 25, 2011
                            Form ID: b9a             Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2011.
```
db            Lance Carlton Toohey,    1919 Arizona Ave,     Sturgis, SD 57785-2274
aty          +Rosemary E. Cotton,    1719 W Main,    Rapid City, SD 57702-2564
tr           +John S. Lovald,    Trustee,    PO Box 421,    Deadwood, SD 57732-0421
1050588       A2Z Business & Tax Service,    402 Maple Ave,    Rapid City, SD 57701-2931
1050590       ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-0895
1050589      +Allied Interstate,    3000 Corporate Exchange Dr 5th Fl,    Columbus, OH 43231-7723
1050591       Black Hills Power,    PO Box 1440,    Rapid City, SD 57709-1440
1050592       Breit Law Offices PC,    606 E Tan Tara Cir,    Sioux Falls, SD 57108-4686
1050593       Budzik & Dynia,    4849 N Milwaukee Ave Ste 801,    Chicago, IL 60630-2680
1050595       City Of Sturgis,    Municipal Utilities,    1040 2nd St Ste 102,    Sturgis, SD 57785-1552
1050596       Cor Trust Mortgage,    PO Box 949,    Sioux Falls, SD 57101-0949
1050597       Credit Collections Bureau,    PO Box 9490,    Rapid City, SD 57709-9490
1050598       Creditors Financial Services Llc,    PO Box 5116,    Springfield, MO 65801-5116
1050600       Driscoll Law Office,    Frank Driscoll,    PO Box 2216,    Rapid City, SD 57709-2216
1050602       Johnson, Rodenburg & Lauinger PLLP,    PO Box 4127,    Bismarck, ND 58502-4127
1050603      +Knecht Home Center Of Rapid City LLC,    320 West Blvd,    Rapid City, SD 57701-2657
1050606       Knechts Spearfish,    310 S 26th St,    Spearfish, SD 57783-3207
1050606       McCarthy, Burgess 7 Wolff,    26000 Cannon Rd,    Bedford, OH 44146-1807
1050608       Messerli & Kramer P.A.,    3033 Campus Dr Ste 250,    Minneapolis, MN 55441-2662
1050609       Metro Marketing Inc.,    4136 S Scenic Ave,    Springfield, MO 65807-4145
1050611       Midwest Family Mutual Insurnce Com,    PO Box 9425,    Minneapolis, MN 55440-9425
1050613       Montana Dakota Utilities,    PO Box 5600,    Bismarck, ND 58506-5600
1050615       NHS Of Black Hills,    795 Main St,    Deadwood, SD 57732-1015
1050614       Nelson, Watson & Associates,    PO Box 1299,    Haverhill, MA 01831-1799
1050617     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd,
               Norfolk, VA 23502-4962)
1050616      +Pennington County Auditor,    315 Saint Joseph St Ste 107,    Rapid City, SD 57701-2892
1050618      +Primary Financial Services,    3115 N 3rd Ave Ste 112,    Phoenix, AZ 85013-4359
1050619       Prof. Bureau Of Collections Of Maryland,    PO Box 628,    Elk Grove, CA 95759-0628
1050620      +Rapid City Regional Hospital Pharmacy,    353 Fairmont Blvd,    Rapid City, SD 57701-7393
1050621       Regional Health,    Bankruptcy Department,    PO Box 3450,    Rapid City, SD 57709-3450
1050622       Robert E. Hayes,    Davenport, Evans, Hurwitz & Smith,    PO Box 1237,    Pierre, SD 57501-1237
1050623       Slater, Tenaglia, Fritz & Hunt,    PO Box 5476,    Mount Laurel, NJ 08054-5476
1050624       South Dakota Dept. Of Labor,    PO Box 4730,    Aberdeen, SD 57402-4730
1050625       South Dakota Housing Development Auth.,    PO Box 1237,    Pierre, SD 57501-1237
1050626       South Dakota State Treasurer,    PO Box 5055,    Sioux Falls, SD 57117-5055
1050628       Wells Fargo Bank,    PO Box 3117,    Winston Salem, NC 27102-3117
1050629       Wells Fargo Business Card,    PO Box 29482,    Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           E-mail/Text: ustpregion12.sx.ecf@usdoj.gov Mar 25 2011 20:48:36      Bruce J. Gering,
               314 South Main Avenue, Suite 303,    Sioux Falls, SD 57104-6462
1050594       E-mail/Text: jraichel@cms-collect.com Mar 25 2011 20:47:43      Capital Management Services Inc.,
               726 Exchange St Ste 700,    Buffalo, NY 14210-1464
1050599       E-mail/Text: vendorsupport@dexknows.com Mar 25 2011 20:47:23      Dex Media East,    PO Box 78041,
               Phoenix, AZ 85062-8041
1050601       E-mail/Text: Jennifer@expresscollections.com Mar 25 2011 20:47:40      Express Collections,
               PO Box 9307,    Rapid City, SD 57709-9307
1050605       EDI: RESURGENT.COM Mar 25 2011 20:48:00      LVNV Funding LLC,    PO Box 10497,
               Greenville, SC 29603-0497
1050607       EDI: HFC.COM Mar 25 2011 20:48:00      Menard's,    Retail Services,    PO Box 15521,
               Wilmington, DE 19850-5521
1050610       EDI: MID8.COM Mar 25 2011 20:48:00      Midland Funding LLC,    8875 Aero Dr,
               San Diego, CA 92123-2251
1050612       E-mail/Text: bankruptcy@mfgokc.com Mar 25 2011 20:47:18      Millennium Financial Group,
               5770 NW Expressway Ste 102,    Warr Acres, OK 73132-5238
1050617       EDI: PRA.COM Mar 25 2011 20:48:00      Portfolio Recovery Associates,    120 Corporate Blvd,
               Norfolk, VA 23502-4962
1050627      +EDI: WFFC.COM Mar 25 2011 20:48:00      Wells Fargo Bank,    800 Walnut St,
               Des Moines, IA 50309-3891
                                                                                               TOTAL: 10
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0869-5          User: dbohm                Page 2 of 2            Date Rcvd: Mar 25, 2011
                              Form ID: b9a              Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**                    **Signature:**   _Joseph Speetjens_

Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) — Case Number **11–50125**

# UNITED STATES BANKRUPTCY COURT
District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/25/11 .

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Lance Carlton Toohey
dba Toohey Drywall
1919 Arizona Ave
Sturgis, SD 57785–2274

| **Case Number:** 11–50125 | **Social Security/Taxpayer ID Numbers:** xxx–xx–4346 |
|---|---|
| **Attorney for Debtor(s):** Rosemary E. Cotton<br>1719 W Main<br>Rapid City, SD 57702<br>Telephone number: 605–394–5727 | **Bankruptcy Trustee:** John S. Lovald<br>Trustee<br>PO Box 421<br>Deadwood, SD 57732<br>Telephone number: 605–720–7960 |

### Meeting of Creditors:

Date: **May 20, 2011**    Time: **11:30 AM**    Location: **515 9th Street, Rm B16, Federal Building and US Courthouse, Rapid City, SD 57702**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 7/19/11**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** 225 S. Pierre St., Room 203<br>Pierre, SD 57501–2463<br>Telephone number: 605–945–4460<br>www.sdb.uscourts.gov | **For the Court:** Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:   Monday – Friday 8:00 AM – 5:00 PM | Date: 3/25/11 |

**SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.**

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––